```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HPYCI
03/14/05 12:08
ST 007 / OPR PLF

SBI              : 150422
Resident Name    : SMITH, ROBERT
Time Frame       : 01/13/2005 11:30 - 03/14/2005 12:08
--------------------------------------------------------------------------------
Date        Time    Type              ST  OPR    Receipt #       Amount      Balance
--------------------------------------------------------------------------------

01/13/2005  11:30   Intake            6   PLF    F8650             0.00        0.00
```

FILED

MAR 23 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE