



RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ■ ATTEMPTED NOT KNOWN          ☐ OTHER
C ☐ NO SUCH NUMBER/STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Robert Smith
1927 West 7th Street
Apt 2F
Wilmington, DE 19806



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DWIGHT HOLDEN, JOHN MUELLER, )<br>and KEVIN MARSHALL, )<br>)<br>Defendants. ) | Civ. No. 05-065-SLR |

**ORDER**

1. The plaintiff Robert Smith, SBI #150422, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915.

2. The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

3. The plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

4. The plaintiff shall be required to make monthly