IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT SMITH,                    )
                                 )
        Plaintiff,               )
                                 )
        v.                       ) Civ. No. 05-065-SLR
                                 )
DWIGHT HOLDEN, JOHN MUELLER,     )
and KEVIN MARSHALL,              )
                                 )
        Defendants.              )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 19, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 6);

WHEREAS, on April 19, 2005, the order was mailed to the plaintiff at the Howard R. Young Correctional Institution, where the plaintiff indicated he was incarcerated;

WHEREAS, on May 2, 2005, the order was returned to the court as undeliverable;

WHEREAS, the plaintiff apparently has been released from custody and has failed to inform the court of his new address and no action has been taken in this matter for a period

of at least three months;

THEREFORE, at Wilmington this 8th day of August , 2005,
IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED
WITHOUT PREJUDICE pursuant to D. Del. L.R. 41.1 (1995).
Plaintiff is not required to pay any previously assessed fees or
the $150.00 filing fee.

United States District Judge